

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*
*Special Prosecutions Division*

---

970 Broad Street, Suite 700  (973) 645-2700
Newark, New Jersey 07102

May 13, 2016

*VIA ECF*

The Honorable Susan D. Wigenton
United States District Judge
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    *North Jersey Media Group, et al. v. United States of America, et al.*
              Civ. No. 16-267 (SDW)

Dear Judge Wigenton:

    The Government does not oppose Proposed Intervenor John Doe's motion to intervene, to proceed anonymously, and to stay the Court's Amended Order of May 10, 2016 (Docket No. 34).

              Respectfully submitted,

              PAUL J. FISHMAN
              United States Attorney

    By:    /s/ Lee M. Cortes, Jr.
              Lee M. Cortes, Jr.
              Vikas Khanna
              David W. Feder
              Assistant U.S. Attorneys

cc:    All counsel (*via ECF*)