

# MARC

### ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION

MCCUSKER · ANSELMI
ROSEN · CARVELLI

210 Park Avenue, Suite 301
Florham Park, New Jersey 07932
Tel: 973.635.6300 · Fax: 973.635.6363
www.marc-law.com

BRUCE S. ROSEN
*Director*
Direct: 973.457.0123
Fax: 973.457.0276
brosen@marc.law

May 16, 2016

**VIA ECF**
Honorable Susan D. Wigenton, U.S.D.J.
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

> Re:   **North Jersey Media Group Inc., et al. v. United States of America, et al.**
> **Civil Action No.: 2:16-cv-00267-SDW**
> **Criminal No: 2:15-cr-193-SDW**

Dear Judge Wigenton:

This firm represents Media Intervenors in the above-referenced action. As the Court knows, unindicted coconspirator John Doe has challenged this Court's Denial of a Stay Order to the Third Circuit. That stay application has been briefed and we are awaiting word from the Circuit.

Because John Doe's counsel, Jenny Kramer of Chadbourne & Parke LLP, has expressly stated she represents only John Doe, we write to respectfully request that in the event that the Third Circuit agrees to grant a stay, or if the Court's Order of May 13, 2016 is delayed in any other way, that this Court order release of the Conspirator Letter as scheduled with John Doe's name redacted.

In order to facilitate this, we would respectfully request the Court seek from Ms. Kramer the name of her client *in camera* and either instruct the U.S. Attorney to redact that name, or perhaps the Court could do so itself. We would submit that in the event of a stay there should be nothing that prevents release of the Conspirator List less John Doe's real name, and in our papers today we have asked the Third Circuit to draft its order narrowly in the event a stay is granted to allow for release of the balance of the letter. See Footnote 1 of Media Intervenor's Brief to Third Circuit.

Respectfully submitted,

/s/ Bruce S. Rosen
Bruce S. Rosen

BSR/ckc
cc: All counsel of Record

---

805 Third Avenue, 12th Floor, New York, NY 10022 · Tel: 212.308.0070 · Fax: 917.677.8978
98 East Water Street, Toms River, NJ 08753 · Tel: 732.914.9114 · Fax: 732.914.8024