**chadbourne**

Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036
telephone: +1 (202) 974-5600

**Jenny Kramer**
**direct tel** +1 212 408 1054
jkramer@chadbourne.com

May 16, 2016

**Via Electronic Filing**

The Honorable Susan D. Wigenton
United States District Judge
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, NJ  07101

Re:  *North Jersey Media Group v. United States*, 16-cv-267

Dear Judge Wigenton:

Proposed Intervenor John Doe respectfully submits this letter in lieu of a more formal submission in response to the Media Intervenor's (the "Media") letter to Your Honor of this afternoon.  The question of whether to stay release of the Conspirator Letter is presently before the Third Circuit.  Thus, this Court does not presently have jurisdiction over that issue. *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("[A] federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously. The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal") (per curiam).  The Media's attempt to circumvent that jurisdictional bar should be roundly rejected.  Thank you for Your Honor's consideration of this letter.

Respectfully submitted,

*/s/ Jenny Kramer*
Jenny Kramer

cc:     All Counsel of Record (*via electronic filing*)